**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand and sixteen,

_____

Louis Romeo, Christopher Motz, individually and on behalf of all others similarly situated, Deborah Arpino, individually and on behalf of all others similarly situated,

      Plaintiffs - Appellants,

v.

FMA Alliance, Ltd.,

      Defendant - Appellee.

_____

**ORDER**
Docket No. 16-2421

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/03/2016